UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUEEN PRINYAH GODIAH P. PAYNES EL-BEY, | |
| Plaintiff, | 21-CV-5211 (LTS) |
| -against- | ORDER OF DISMISSAL |
| ADT SECURITY SERVICES, INC., et al., | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 18, 2022, the Court directed Plaintiff to file a second amended complaint within 30 days. That order specified that failure to comply would result in dismissal of the amended complaint. Plaintiff has not filed a second amended complaint. Accordingly, the amended complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 20, 2022
         New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge