UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUEEN PRINYAH GODIAH P. PAYNES EL-BEY, | |
| Plaintiff, | 21-CV-5211 (LTS) |
| -against- | CIVIL JUDGMENT |
| ADT SECURITY SERVICES, INC., et al, | |
| Defendants. | |

Pursuant to the order issued May 20, 2022, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is

dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 20, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge